The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, New York 10301
Tel. 212-286-0173
Fax 212-481-8250

November 15, 2021

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/10/21**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Matthew Williams
    Cr. Docket No. 21-641 (VSB)

Dear Judge Broderick:

I represent Mr. Williams in the above-referenced matter. Mr. Williams, a resident of the Bronx, was presented and arraigned on October 25, 2021. He was released on a $50,000 bond with one co-signer (his wife) and conditions. I write to request a permanent change in one condition and update the Court on a second condition.

As to the change, Mr. Williams is presently subject to home detention. That condition has become unworkable given certain self-employment obligations. It is therefore requested that a curfew, the hours to be set by Pretrial Services in its discretion, replace the condition of home detention. I make this request with the consent of AUSA Jacob Guttwillig and USPTS Officer Jonathan Lettieri.

As to the update, Mr. Williams is required to surrender any travel documents. His passport is presently located in his second residence in the Atlanta, Georgia area. As soon as possible, Mr. Williams's wife will travel to that residence, collect the passport, and surrender it to USPTS Office Lettieri.

Respectfully submitted,

James M. Branden